THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND CALVIN GAINES, Appellant.—

Latham, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.